# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**109**

**CA 11-01524**

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND MARTOCHE, JJ.

---

CHARLES WIMMER, AS DIRECTOR AND OFFICER OF
UNITED CABLE TECHS, INC., PLAINTIFF-APPELLANT,

V                                                              ORDER

MARK TOMPKINS, DIRECTECHNOLOGIES, LLC, ROBERT
PINE AND JAMES WILDE, DEFENDANTS-RESPONDENTS.

---

J. SCOTT PORTER, SENECA FALLS, FOR PLAINTIFF-APPELLANT.

LAW OFFICE OF CARL J. DEPALMA, AUBURN (CARL J. DEPALMA OF COUNSEL),
FOR DEFENDANTS-RESPONDENTS DIRECTECHNOLOGIES, LLC, ROBERT PINE AND
JAMES WILDE.

---

Appeal from a judgment (denominated order) of the Supreme Court,
Seneca County (Dennis F. Bender, A.J.), entered December 10, 2010.
The judgment dismissed plaintiff's causes of action after a nonjury
trial.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  February 10, 2012                    Frances E. Cafarell
                                               Clerk of the Court